**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Alfonso Lopez,

                Plaintiff,

            v.                  22 CV 5074

City of Burbank, Ofc. J. Smith
#6155, Ofc. D. Myers #6140,

                Defendants.        JURY DEMANDED.

**COMPLAINT**

Plaintiff Alfonso Lopez alleges as follows:

1.      This is a civil action arising under Section 202 of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a), and 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. §§ 1343, 1367, and 12133, and 29 U.S.C. § 794a(a)(2).

2.      Plaintiff Alfonso Lopez is a resident of this judicial district.

3.      Defendant City of Burbank is a municipal corporation with its principal office in this judicial district.

4.      Defendant City of Burbank employs a force of sworn peace officers, including defendants J. Smith #6155 and D. Myers #6140.

5.      At all times mentioned herein, defendants J. Smith #6155 and D. Myers #6140 were acting with color of law. Plaintiff sues each officer in his individual capacity.

6.      On September 19, 2020, plaintiff Alfonso Lopez called 911 to report a domestic disturbance that he had witnessed involving another male assaulting a

female.

7. When Burbank police responded, defendants J. Smith #6155 and D. Myers #6140 incorrectly believed that plaintiff Alfonso Lopez was the offender, and arrested him.

8. At the time of the arrest, plaintiff Alfonso Lopez had a prior injury to his right lower leg and ankle, which was both visible and obvious. In particular, plaintiff Alfonso Lopez was wearing an orthopedic leg brace.

9. Plaintiff told defendants J. Smith #6155 and D. Myers #6140 of his prior right leg and ankle injury at the time of the arrest.

10. Despite their knowledge of plaintiff's disability, defendants J. Smith #6155 and D. Myers #6140 willfully used unnecessary and grossly excessive force on plaintiff by dragging him along the ground while handcuffed and while not resisting, all in violation of plaintiff's Fourth Amendment rights.

11. Further, defendants J. Smith #6155 and D. Myers #6140 failed to intervene to stop the unnecessary and grossly excessive use of force, also in violation of plaintiff's Fourth Amendment rights.

12. As a direct and proximate result of the unnecessary and grossly excessive force used by defendants, plaintiff Alfonso Lopez's prior injury was severely aggravated, requiring extensive and complicated surgery, and causing him to sustain a permanent non-union of his right fibula, among other injuries.

13. Plaintiff accordingly asserts federal claims against defendants J. Smith #6155 and D. Myers #6140 for violating his Fourth Amendment rights, as

detailed above.

14.     In addition, at all time relevant, the protections of the ADA and the Rehabilitation Act extended to arresting suspects.

15.     At all times relevant, the defendant employees of defendant City of Burbank perceived that plaintiff Alfonso Lopez was disabled.

16.     The actions of defendant officers in dragging plaintiff Alfonso Lopez along the ground were taken on account of his perceived disability, and failed to reasonably accommodate his disability, causing him to sustain damages.

17.     Defendant City of Burbank is liable for this violation of the ADA and the Rehabilitation Act by its employees.

18.     Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in her favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and, additionally, for an award of punitive damages in an amount to be determined by the trier of fact against each of the individual defendants.

By:     /s/ John K. Kennedy
        **JOHN K. KENNEDY**
        Kennedy Watkins LLC
        350 N. Orleans St., Suite 9000N
        Chicago, IL  60654
        (312) 448-8181
        jkennedy@kwlawchicago.com
        ARDC No.  6309407